IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY BELTRAN,** | Case No. 2:24-cv-02165 SCR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| **v.** | |
| **C. GAMRATH,** | |
| Defendants. | |

Plaintiff is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the *ex parte* application of Defendant C. Gamrath ("Defendant") for an extension of time to file dispositional documents. Defendant seeks to extend the deadline to file dispositional documents by thirty (30) days, up to and including June 26, 2025. Having considered the application, the Court finds good cause for the requested extension and will grant Defendant's request. Accordingly, the period of time for Defendant to file dispositional documents is extended by thirty (30) days, up to and including June 26, 2025.

Dated: May 23, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1